UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Norberto Medina-Rodriguez<br><br>    Plaintiff<br><br>v.<br><br>Canovanas Plaza Rial et al<br><br>    Defendant | CIVIL ACTION<br><br>3:17-cv-01943-PAD-BJM |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Norberto Medina Rodriguez, through the undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **WITHOUT PREJUDICE** against Co-Defendant CANOVANAS PLAZA RIAL and PANADERIA Y REPOSTERIA LA SEVILLANA, INC.

- "Canovanas Plaza Rial" is a fictitious business name.
- At this time, we do not know the legal name of the entity that operates in fact Panaderia y Resposteria La Sevillana, as there are two different registered entities, to wit: PANADERIA LA SEVILLANA, INC and PANADERIA Y REPOSTERIA LA SEVILLANA, INC. This information will be identified in due course through the landlord, Econo Rial LLC, and we will move the joint the proper party in due course.

**IT IS HEREBY CERTIFIED** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.  In San Juan, Puerto Rico, this 21[th] day of December 2017.

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR No.: 231014**
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960-2013

TEL: (787) 599-9003
*Attorney for Plaintiff*