## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Faustino Xavier Betancourt Colon, and under penalty of perjury declare:

1. My name is Faustino Xavier Betancourt Colon. I live in Residencial Los Lirios, Cupey, Puerto Rico. I serve my community as a spokesperson and leader since September 2017, immediately after hurricane Maria. I am person with disabilities. See images attached to this declaration.

2. On Friday, August 7, 2020, I visited a supermarket known as Econo Rial located within a shopping center known as "Centro Comercial Plaza Rial" and also known as "Canovanas Plaza Rial Shopping Center". The Econo Rial supermarket and the shipping center are located in Road No. 185 KM 9, Canovanas, Puerto Rico, 00729 (GPS Coordinates: 18.374170, -65.901623).  To provide additional confirmation of my visit to the Econo Rial supermarket, I have attached to this declaration a purchase receipt that confirms that I paid at the supermarket the amount of $48.32.

3. On Friday, August 7, 2020, I found that there were designated accessible parking spaces at the parking lot of the Econo Rial supermarket. I say that some parking spaces were designated as accessible because I was able to observe signage with the international symbol of accessibility. To further confirm my statement, the several photos were taken by me on August 7, 2020 on or around 1:45 p.m. and are attached to this declaration.

4. The purpose of the following image is to provide context. The building where the supermarket is located can be observed. The logo of the Econo Rial supermarket can be observed on the top right ("ECONO" in blue and white color). Some accessible signage can be observed on the background, but additional images below provide a better view.



5.  The following image show multiple parking spaces designated as accessible, but there are no markings on the pavement. This image on this page was also taken on August 7, 2020, contemporaneously.



Document Ref: QZNG7-R2WRF-GVAR4-MKTU7    Page 3 of 10

6. The following image provides an additional close-up. I observed no markings on the desginated accessible parking area. In fact, what I observed was gravel on the surface with no markings. (The pavement was uneven because of the gravel). I observed absolutely no markings on the surface. However, I observed that most parking spaces not designated as accessible had markings (yellow stripes) with a defined width. This image was also taken on August 7, 2020, contemporaneously:



4

7. There are absolutely no markings on the pavements to mark the location and width of the accessible parking spaces.

8. I am willing and able to testify about my observations and knowledge of the parking lot if I am summoned to testify.

I, Faustino Xavier Betancourt Colón, under penalty of perjury declare that the foregoing is true.

Dated:
Aug-11-2020

*Faustino Betancourt*

FAUSTINO XAVIER BETANCOURT COLON

5





Image: Mr. Faustino Betancourt Colón.

Document Ref: QZNG7-R2WRF-GVAR4-MKTU7     Page 7 of 10



Image: Red shirt: Mr. Faustino Betancourt Colón.



To the right in white shirt: Faustino Xavier Betancourt Colon (observe swelling on legs)



To the right in blue shirt: Faustino Xavier Betancourt Colon.

10

## Signature Certificate

Document Ref.: QZNG7-R2WRF-GVAR4-MKTU7

Document signed by:



**Faustino Betancourt**

E-mail:
faustinobetan84@gmail.com

Signed via link

IP: 99.203.71.164    Date: 11 Aug 2020 05:43:22 UTC



Document completed by all parties on:
11 Aug 2020 05:43:22 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

